

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2019

No. 04-18-00498-CV

**MWM HELOTES RANCH, LTD**. and Myfe Moore,
Appellants

v.

John H. **WHITE** Jr., Individually; John H. White III, Individually; John H. White Jr., John H. White III, and Molly C. White, in their capacities as Co-Trustees of the 1983 John H. White Long-Term Trust F/B/O John H. White Jr., and of the 1976B Partnership Trust; TCW Helotes Ranch Ltd; and Tuleta White,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI11563
Honorable David A. Canales, Judge Presiding

# O R D E R

After we granted Appellants' first motion for an extension of time to file a reply brief, Appellants filed a new designation of counsel, a motion to dismiss the appeal for want of jurisdiction, and in the alternative, a motion for extension of time to file a reply brief.

Appellants' motion for extension of time to file the reply brief is GRANTED. Appellants' reply brief is due on April 2, 2019. *See id.* R. 38.6(d).

Appellants' motion to dismiss is carried with the appeal.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court